IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHARON REED, individually and as Administrator of the Estate of Rickey "Rico" Reed, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TIPTON COUNTY, TENNESSEE, SHANNON BEASLEY, ZACHARY WALLACE, EDWIN MOLDER, JOSHUA LEWIS, CHRISTOPHER BAYLOUS, CHARLES JACQUES, DAKOTA WILKERSON, D.J. (last name unknown), MICHAEL ALLEN, TRAVIS MINTON, JAVIER RODRIGUEZ, BEN ROBERSON, WILL HOLDER, JOHN WEATHERLY, and BRADLEY WILLIAMS, in their official and individual capacities,<br><br>    Defendants. | No. 2:25-cv-02851-SHL-tmp |

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO STAY RESPONSE DEADLINE TO DEFENDANTS' MOTION TO DISMISS PENDING RULING ON CONSOLIDATION**

Before the Court is the Joint Motion to Consolidate Companion Actions and to Stay Response Deadline to Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 42(a) and 6(b), filed February 11, 2026, by Plaintiff Sharon Reed and joined by companion plaintiff Cashish Simmons. (ECF No. 20.) Reed and Simmons seek to consolidate their cases because they "arise from the same operative facts, the legal claims and defenses substantially overlap, discovery will be duplicative absent consolidation, and parallel proceedings risk inconsistent determinations on threshold issues, including standing and proper party status." (Id. at PageID 85 (citation modified).) Reed also requests to stay her deadline to

respond to Defendants' motion to dismiss, pending resolution of the motion to consolidate. (Id. at PageID 86.) For their part, Defendants oppose the Motion. (Id. at PageID 88.)

The Court will later address the motion to consolidate, after Defendants have had the opportunity to respond. As to the motion to stay Reed's deadline to respond to the motion to dismiss, however, because the motion to dismiss is largely premised upon Reed's standing, it is appropriate to suspend the deadline until after a ruling on consolidation.

Thus, the Motion is **GRANTED IN PART**. Reed's deadline to respond to the motion to dismiss is **SUSPENDED**. Following the order on the motion to consolidate, the Court will reassess its impact on the motion to dismiss.

**IT IS SO ORDERED,** this 13th day of February, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE
