**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SHARON REED, individually and as Administrator of the Estate of Rickey "Rico" Reed, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 2:25-cv-02851-SHL-tmp |
| v. | ) ) | |
| TIPTON COUNTY, TENNESSEE, et al., | ) ) | |
| Defendants. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed September 5, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion to Consolidate Companion Actions and Granting Motion to Dismiss (ECF No. 27), filed April 24, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 24, 2026
Date